1  Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
2  Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
   Sarachek Law Firm
3  670 White Plains Road #PH
   Scarsdale, New York 10583
4  joe@sarecheklawfirm.com, (646) 517-5420
   zachary@sarecheklawfirm.com (646) 519-4396
5  *Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor.<br><br>☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>ADAM HUTCHINGS<br><br>Defendants. | **ADVERSARY PROCEEDING**<br><br>Case No. 21-01196-ABL |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF WESTCHESTER    )

I, Denise Fava, declare:

1. I am over the age of 18 years and not a party to the above captioned matters.
2. I am employed by Sarachek Law Firm ("SLF"), 670 White Plains Road, Penthouse Fl., Scarsdale, New York 10583

1

3. On the 2nd day of November, 2021, I caused to be served the *Summons*, the *Adversary Complaint*, the *Adversary Complaint Packet*, the *Adversary Standard Discovery Plan or Request for Waiver of Filing Discovery*, and the *Adversary Proceeding Procedures* packet via USPS First Class Mail upon the parties as set forth below:

**ADAM HUTCHINGS**
170 LEVISTER COURT
APT 108
RALEIGH, NC 27601

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 2nd day of November, 2021, Scarsdale, New York.

By ___/s/ Denise Fava_____
Denise Fava

Sworn before me this
2nd day of November, 2021

/s/ Zachary E. Mazur
Notary Public, State of New York, No. 02MA6404012
Westchester County, Commission Expires February 10, 2024

2